AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

__NORTHERN__    DISTRICT OF    __ALABAMA__

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, a national banking association,<br>    Plaintiff,<br>V.<br>ONYX CAPITAL VENTURES, L.L.C., a limited liability company,<br>    Defendant. | **CERTIFICATION OF JUDGMENT**<br><br>**FOR REGISTRATION IN ANOTHER DISTRICT**<br><br>2:07-mc-3364-MHT<br><br>Case Number:    2:06-cv-1349-JHH |

I, _____Sharon Harris_____ Clerk of the United States district court certify that the

attached judgment is a true and correct copy of the original judgment entered in this action   __March 29, 2007__ , as it
                                                                                                                                                        Date
appears in the records of this court, and that

   No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal
   Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

|  |  |
|---|---|
| _____May 2, 2007_____<br>Date | _____Sharon Harris_____<br>Clerk<br><br>_____Shirley Brown_____<br>(By) Deputy Clerk |

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

FILED
2007 Mar-29 PM 12:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, a national banking association, ) ) ) | |
| PLAINTIFF, ) | |
| VS. ) | 2:06-cv-1349-JHH |
| ONYX CAPITAL VENTURES, L.L.C., a limited liability company, ) ) ) | |
| DEFENDANT. | |

## JUDGMENT BY DEFAULT

In accordance with the findings of fact and conclusions of law this day entered, it is **ORDERED, ADJUDGED and DECREED** that plaintiff have and recover of defendant ONYX Capital Ventures, L.L.C., a limited liability company, the sum of **One Million, Eight Hundred Ninety Six Thousand, Two Hundred Ninety One and 03/100 Dollars ($1,896,291.03)**, plus interest hereafter at the prevailing legal rate per annum until paid in full. Costs are taxed against defendants.

**DONE** this the ___29th___ day of March, 2007.

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: *Shirley Brown*
DEPUTY CLERK

*James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE