## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **WACHOVIA BANK, NATIONAL ASSOCIATION, a national banking association,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **Civil Action Number: 2:07-mc-03364-MHT** |
| **v.** | ) ) ) | |
| **ONYX CAPITAL VENTURES, L.L.C., a limited liability company,** | ) ) ) | |
| **Defendant.** | ) ) | |
| **v.** | ) ) ) | |
| **BANK OF AMERICA, NATIONAL ASSOCIATION** | ) ) ) | |
| **Garnishee.** | ) ) | |

### AFFIDAVIT AND RETURN OF SERVICE

STATE OF DELAWARE    )
                                        )
NEW CASTLE COUNTY    )

Before me, this undersigned authority, personally appeared _ADAM Golden_,
who, being known to me and being by me duly sworn, deposes and says as follows:

1.     I, _ADAM GOLDEN_, am over the age of 19 years, not a party to this
litigation and qualified under Fed.R.Civ.P. 4 to be a special process server.

2.     I served the attached documents upon Onyx Capital Ventures, L.L.C. by
delivering the same to The Corporation Trust Company, Registered Agent at Corporation Trust
Center, 1209 Orange Street, Wilmington, Delaware 19801 on _5 - 22_, 200 _7_ at _2_
o'clock _P_. m.

**FURTHER THE AFFIANT SAITH NAUGHT.**

_____
AFFIANT

Sworn and subscribed before me this the
22 day of _____ May _____ 2007

_____
NOTARY PUBLIC
My Commission Expires

[SEAL]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

WACHOVIA BANK, NATIONAL      )
ASSOCIATION, a national banking   )
association,                           )
                               )  Case Number:  2:07-mc-03364-MHT
      Plaintiff,           )
v.                             )
                               )
ONYX CAPITAL VENTURES, L.L.C.,  a  )
limited liability company,        )

      Defendant.

### WRIT OF GARNISHMENT

**TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA, OR TO ANY OTHER AUTHORIZED OFFICER, GREETINGS:**

You are hereby commanded forthwith to summon Bank of America, National Association, as Garnishee in the above-styled cause, to appear within thirty (30) days from the date of service of this process, before the United States District Court for the Middle District of Alabama, at Montgomery, Alabama, and file a written answer, upon oath:

(1)    as to whether the Garnishee is or was indebted to the defendant Onyx Capital Ventures, L.L.C. at the time it received this process, or when it makes its answer, or during the intervening time, and in what sum or sums;

(2)    whether it will be indebted to Onyx Capital Ventures, L.L.C. in the future by existing contract or

(3)    whether by existing contract it is liable to Onyx Capital Ventures, L.L.C. for the delivery of personal property or for the payment of money which may be discharged by the delivery of personal property or which may be payable in personal property; and

(4)    whether it has or not in its possession or under its control real or personal property or things in action belonging to the said defendant.

Mailing the notarized answer to the Clerk of the Court constitutes making a proper appearance in the court.

The United States Marshall, or other authorized officer, is hereby commanded to serve a copy of the above Writ of Garnishment on the Garnishee, Bank of America, National Association, c/o The Corporation Company, its Registered Agent, at 2000 Interstate Park Drive, Suite 204, Montgomery, Alabama 36109, and make return of this Writ and the execution thereof, according to law.

Issued this the 17th day of May , 2007.

**DEBRA P. HACKETT, CLERK**
**UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**
**ONE CHURCH STREET**
**MONTGOMERY, AL 36104**
**(334) 954-3600**

By: _William C. Rei_

Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **WACHOVIA BANK, NATIONAL ASSOCIATION, a national banking association,** ) ) ) | |
| ) | **Case Number:  2:07-mc-03364-MHT** |
| **Plaintiff,** ) ) | |
| **v.** ) ) | |
| **ONYX CAPITAL VENTURES, L.L.C., a limited liability company,** ) ) ) | |
| **Defendant.** ) | |

### NOTICE TO DEFENDANT OF WRIT OF GARNISHMENT

TO:    Onyx Capital Ventures, L.L.C.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

**PLEASE TAKE NOTICE** that copies of the attached Writ of Garnishment and Affidavit in Support of Garnishment have been issued to Garnishee Bank of America, in the above-styled case.  Please note your rights set forth below.

### RIGHT TO CLAIM EXEMPTION FROM GARNISHMENT

A process of garnishment has been delivered to you.  This means that a Court may order your wages, money in a bank, sums owed to you, or other property belonging to you, to be paid into Court to satisfy a judgment against you.

Laws of the State of Alabama and of the United States provide that in some circumstances certain money and property may not be taken to pay certain types of court judgments, because certain money or property may be "exempt" from garnishment.  For example, under State law, in some circumstances, up to $3,000.00 in wages, personal property, including money, bank accounts, automobiles, appliances, etc., may be exempt from process of garnishment. Similarly, under Federal law, certain benefits and certain welfare payments may be exempt from garnishment.  Benefits and payments ordinarily exempt from garnishment include, for example, Social Security payments, SSI payments, veteran's benefits, AFDC (welfare) payments, unemployment compensation payments and workers' compensation payments.

THESE EXAMPLES ARE FOR PURPOSES OF ILLUSTRATION ONLY.  WHETHER YOU WILL BE .ENTITLED TO CLAIM ANY EXEMPTION FROM THE PROCESS OF GARNISHMENT, AND, IF SO, WHAT PROPERTY MAY BE EXEMPT, WILL BE

1565883

DETERMINED BY THE FACTS IN YOUR PARTICULAR CASE. IF YOU ARE UNCERTAIN AS TO YOUR POSSIBLE EXEMPTION RIGHTS, YOU SHOULD CONSULT A LAWYER FOR ADVICE.

TO CLAIM ANY EXEMPTION THAT MAY BE AVAILABLE TO YOU, YOU MUST PREPARE A "CLAIM OF EXEMPTION" FORM LISTING ON IT ALL YOUR WAGES .AND PERSONAL PROPERTY; HAVE THE CLAIM OF EXEMPTION NOTARIZED; AND FILE IT IN THE CLERK'S OFFICE. ALSO, IT IS YOUR RESPONSIBILITY TO MAIL OR DELIVER A COPY OF THE CLAIM OF EXEMPTION TO THE PLAINTIFF WHO HAS A JUDGMENT AGAINST YOU. YOU MUST INDICATE ON THE,CLAIM OF EXEMPTION THAT YOU FILE IN THE CLERK'S OFFICE WHETHER YOU MAILED OR DELIVERED THE COPY TO THE PLAINTIFF AND THE DATE ON WHICH YOU MAILED OR .DELIVERED IT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED ASSISTANCE YOU SHOULD SEE A LAWYER.

If you file a claim of exemption, the plaintiff will have approximately ten (10) days to file a "contest" of your claim of exemption. If a contest is filed; a Court hearing will be scheduled and you will be notified of the time and place of the hearing. If the plaintiff does not file a contest, the property claimed by you as exempt will be released from the garnishment.

If you do not file a claim of exemption, your property may be turned over to the court and paid to the plaintiff on the judgment against you.

TO PROTECT YOUR RIGHTS, IT IS IMPORTANT THAT YOU ACT PROMPTLY. IF YOU HAVE ANY QUESTIONS, YOU SHOULD CONSULT A LAWYER.

> **DEBRA P. HACKETT, CLERK**
> **UNITED STATES DISTRICT COURT FOR**
> **THE MIDDLE DISTRICT OF ALABAMA**
> **ONE CHURCH STREET**
> **MONTGOMERY, AL 36104**
> **(334) 954-3600**
>
> By: _William C. L___
> Deputy Clerk

2

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

| | | |
|---|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, a national banking association, | ) ) ) | 2007 MAY 17  A 11: 03 |
| | ) | Case Number:  2:07-mc-03364-MHT |
| Plaintiff, | ) ) | |
| v. | ) | |
| ONYX CAPITAL VENTURES, L.L.C., a limited liability company, | ) ) ) | |
| Defendant. | | |

## APPLICATION FOR WRIT OF GARNISHMENT

Plaintiff Wachovia Bank, National Association (the "Judgment Creditor") files this Application for Writ of Garnishment to the Clerk of the United States District Court for the Middle District of Alabama to issue a Writ of Garnishment upon the Judgment entered against the defendant Onyx Capital Ventures, L.L.C. (the "Judgment Debtor"), whose address is Onyx Capital Ventures, L.L.C., c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

On March 29, 2007, a Judgment was rendered by the United States District Court for the Northern District of Alabama in favor of above named plaintiff Wachovia Bank, National Association, in the amount of $1,700,000.00 with interest in the amount of $186,516.03 plus attorney's fees and costs in the amount of $9,775.00 for a total judgment of $1,896,291.03, which Judgment was duly registered with the United States District Court for the Middle District of Alabama on the 10th day of May 2007.

The Judgment Debtor is justly indebted to the Judgment Creditor in the amount of said Judgment, plus post-judgment interest at the prevailing legal rate and costs of this writ, less $0.00 paid; and Bank of America, National Association (the "Garnishee"), is believed to be indebted to the Judgment Debtor, or to have effects of the Judgment Debtor, in its possession or control.

For the foregoing reasons Wachovia Bank, Nation Association, makes application to the Clerk of Court to issue a Writ of Garnishment upon the Judgment entered against the defendant Onyx, Capital Ventures, L.L.C.

The name and address of the Garnishee or it's authorized agent is:

Bank of America, National Association
The Corporation Trust Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

1569772 v1

Dated this the 16th day of May 2007.

Jennifer A. Harris, Attorney for Wachovia
Bank, National Association

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 20th Street North
Birmingham, Alabama  35203
Phone:  (205)251-3000
Fax:  (205)458-5100
E-mail:  jharris@burr.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

WACHOVIA BANK, NATIONAL )
ASSOCIATION, a national banking )
association, )
)
         ) Case Number:  2:07-mc-03364-MHT
       **Plaintiff,** )
)
**v.** )
)
ONYX CAPITAL VENTURES, L.L.C., a )
limited liability company, )
)
       **Defendant.**

### AFFIDAVIT FOR GARNISHMENT ON JUDGMENT

**STATE OF ALABAMA)**

**JEFFERSON COUNTY)**

     Before me, the undersigned authority, personally appeared Jennifer A. Harris of Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, Alabama 35203, who being by me duly sworn deposes and says as follows:

     I am an attorney for the above-named plaintiff; on the 29th day of March, 2007 a judgment was rendered by the United States District Court for the Northern District of Alabama in favor of above named plaintiff Wachovia Bank, National Association (the "Judgment Creditor"), and against the above-named defendant Onyx Capital Ventures, L.L.C. (the "Judgment Debtor"), in the amount of $1,700,000.00 with interest in the amount of $186,516.03 plus attorneys' fees and costs in the amount of $9,775.00 for a total judgment of $1,896,291.03, which judgment was duly registered with the United States District Court for the Middle District of Alabama on the 10th day of May 2007.  The Judgment Debtor is justly indebted to the Judgment Creditor in the amount of said Judgment, plus post-judgment interest at the prevailing legal rate and costs of this writ, less $0.00 paid; and Bank of America, National Association, hereinafter referred to as the Garnishee, is believed to be indebted to the Judgment Debtor, or to have effects of the Judgment Debtor, in its possession or control, and I believe process of garnishment against the Garnishee is necessary to obtain satisfaction of said Judgment.

                                          _____
                                         Affiant

SWORN TO AND SUBSCRIBED BEFORE me this
_16th_ day of May 2007.

_Wanda Dianne Butts_
NOTARY PUBLIC
My Commission Expires:  _11-18-08_

1565865 v1

Wachovia Bank, National Association, et. al., Plaintiff(s)
vs.
Onyx Capital Ventures, L.L.C., et. al., Defendant(s)



**Service of Process by**
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-

APS File #: 083374-0001

# AFFIDAVIT OF SERVICE -- Corporate

**Service of Process on:**
--Onyx Capital Ventures, L.L.C., R/A The Corporation
Trust Company
Court Case No. 2:07-mc-03364-MHT

BURR & FORMAN
Susan Lester
420 N. 20th St., Suite 3400
Birmingham, AL 35203

---

State of: DELAWARE ) ss.
County of: NEW CASTLE )

**Name of Server:** ADAM GOLDEN , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 22nd day of May , 20 07 , at 2:00 o'clock P. M

**Place of Service:** at 1209 Orange Street , in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Notice to Defendant of Writ of Garnishment, Writ of Garnishment;
Application for Writ of Garnishment; Affidavit for Garnishment on Judgement

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Onyx Capital Ventures, L.L.C., R/A The Corporation Trust Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: SCOTT LASCALA

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color BROWN ; Facial Hair
Approx. Age 30's ; Approx. Height 6' ; Approx. Weight 230 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server 5/22/07

APS International, Ltd.

Subscribed and sworn to before me this 22 day of ____ 07

Notary Public

ANNE-MARIE CONWAY
Commission Expires
EXPIRES
MARCH 14, 2011
NOTARY PUBLIC
STATE OF DELAWARE