IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 MAY 29  P 2: 31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, a national banking association, | ) ) ) ) ) Case Number: 2:07-mc-03364-MHT ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| ONYX CAPITAL VENTUERS, L.L.C., a limited liability company, | |
| Defendant. | |

### ANSWER OF GARNISHEE

Now, on this day comes Bank of America, National Association, Garnishee in the above-styled action, and for answer to the writ of Garnishment served upon it on the 21 day of May, 2007, upon oath says that it ☐ IS / ☒ IS NOT indebted to the defendant Onyx Capital Ventures, L.L.C. at the time of service of the writ of Garnishment, or at the time of making this answer; and that Garnishee ☐ WILL / ☒ WILL NOT be indebted in the future to the defendant Onyx Capital Ventures, L.L.C. by a contract then existing, or at the time of this process; and that Garnishee ☐ HAS / ☒ HAS NOT in its possession, or under its control, personal or real property, or things in action belonging to the defendant Onyx Capital Ventures, L.L.C.

Other (Explain)_____

And Garnishee having fully answered, prays to be discharged ☐ WITH / ☒ WITHOUT reasonable costs in this behalf expended.

_____
Garnishee or Agent (Signature)

1566022

SWORN TO AND SUBSCRIBED BEFORE me this the 24 day of ___May_____ 2007.

_____
NOTARY PUBLIC
My Commission Expires: 11/30/08

CHARLENE THOMAS
Notary Public, State of Florida
My comm expires Nov. 30, 2008
No. DD373375

1566022                                      2